## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia Donahue, *et al.*          ) | |
|                     Plaintiffs,  ) | |
| v.                                  ) | Civil Action No. 01-10433-RCL |
| United States of America, *et al.*  ) | |
|                     Defendants. ) | |

### ORDER

This matter is before the Court on the United States' Unopposed Motion for Partial Substitution. Upon consideration of the motion, memorandum of law, certification of scope of employment, and the entire record herein, it is hereby

ORDERED that the United States be, and hereby is, substituted as the sole defendant for all state common law claims, against the individual defendants Robert Fitzpatrick and Lawrence Sarhatt arising out of conduct occurring during their respective terms of federal employment; and

IT IS FURTHER ORDERED that such claims against the individual defendants Robert Fitzpatrick and Lawrence Sarhatt be, and hereby are, dismissed, with prejudice.

SO ORDERED.

DATED: 12/3/02

_____
UNITED STATES DISTRICT JUDGE

