UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA DONAHUE, INDIVIDUALLY AND IN HER CAPACITY AS ADMINISTRATRIX OF THE ESTATE OF MICHAEL T. DONAHUE, AND MICHAEL T. DONAHUE, SHAWN DONAHUE AND THOMAS DONAHUE,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No.: 01-10433-RCL<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

YOUNG                , D.J.

☐  Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

At the conclusion of all of the evidence, the Court enters the following Judgment, pursuant to Massachusetts General Laws Chapter 229, in favor of the plaintiffs, in the amount of Six Million, Three Hundred Thirty Five Thousand, One Hundred Dollars ($6,335,100.00) as follows:

1. To the Estate of Michael Donahue
   Net Economic Loss:                                                                 $734,000.00

2. To the Estate of Michael Donahue
   for funeral expenses:                                                              $   1,100.00

3. To the Estate of Michael Donahue
   for the conscious pain and suffering of Michael Donahue         $350,000.00

4. To each of the individual statutory takers for loss of
   services, protection, care, assistance, society,
   companionship, comfort, guidance, counsel and advice
   of decedent:

   | | |
   |---|---|
   | Patricia Donahue: | $3,000,000.00 |
   | Michael Donahue: | $   750,000.00 |
   | Shawn Donahue: | $   750,000.00 |
   | Thomas Donahue: | $   750.000.00 |

Interest as provided by law.

Sarah A. Thornton, Clerk of Court

DATED: May 7, 2009

BY: _____
Deputy Clerk

Form of judgment approved.
William G. Young
District Judge