UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia Donahue, Individually and in her Capacity as Administratrix of the Estate of Michael J. Donahue, and Michael T. Donahue, Shawn Donahue, and Thomas Donahue<br><br>v.<br><br>United States of America, *et al.*<br><br>Defendants. | Civil Action No. 01-10433-RCL |

## ORDER

Upon consideration of the United States' Assented to Motion for Entry of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), and the record in this matter, it is Hereby,

FOUND that there is no reason for delay in entering final judgment with respect to the Court's Order of May 1, 2009 determining that the United States is liable under the Federal Tort Claims Act ("FTCA") for the wrongful death of Michael J. Donahue and awarding damages to the Estate. The interests of justice, judicial economy, and the interests of the parties are all served by allowing for an appeal of that May 1, 2009 order without requiring this Court to decide all of the remaining claims against all remaining defendants. It is therefore,

ORDERED that the motion be and is hereby GRANTED; and it is further ORDERED that the District Court's May 1, 2009 judgment against the United States is hereby certified as a partial final judgment under Fed. R. Civ. P. 54(b).

May 17, 2010
DATE

Judge William G. Young